UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WALTER KRAFT,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant.<br>_____/ | Case No. 18-11320<br><br>SENIOR U.S. DISTRICT JUDGE<br>ARTHUR J. TARNOW<br><br>U.S. MAGISTRATE JUDGE<br>DAVID R. GRAND |

**ORDER ADOPTING REPORT AND RECOMMENDATION [16]; DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [11]; AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [15]**

Plaintiff Walter Kraft seeks judicial review of an Administrative Law Judge's decision denying his claim for Social Security Disability Insurance Benefits and Supplemental Security Income Benefits under the Social Security Act. Plaintiff filed a Motion for Summary Judgment [11] on August 10, 2018. Defendant filed a Motion for Summary Judgment [15] on October 30, 2018.

On May 22, 2019, the Magistrate Judge issued a Report & Recommendation [16] ("R&R") recommending that the Court deny Plaintiff's Motion [11] and grant Defendant's Motion [15]. Neither party has filed any objection to the R&R.

The Court having reviewed the record, the R&R [16] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [11] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [15] is **GRANTED**.

**SO ORDERED.**

Dated: July 8, 2019

<u>s/Arthur J. Tarnow</u>
Arthur J. Tarnow
Senior United States District Judge